**Nos. 25-2904, 25-2905**

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

INVESTORS PLAINTIFFS APPELLANTS,

*Plaintiffs-Appellants*,

v.

CMB EXPORT LLC,

*Defendant-Appellee*

Appeal from the United States District Court for the Central District of California
Civil Case No. 2:22-CV-02025 MWF (Honorable Michael Fitzgerald)

**APPELLANTS' EXCERPTS OF RECORD—INDEX VOLUME**

Randolph Gaw
Mark Poe
Victor Meng
GAW | POE LLP
One Embarcadero Center, Suite 1200
San Francisco, CA 94111
415.766.7451 (tel)
415.737.0642 (fax)

1

In this index:

- "ECF" indicates the District Court ECF docket number.
- "Vol." and "ER" indicate the volume and page number in the excerpts of record.
- "List" indicates the ECF page and line where a trial exhibit appears in the List of Exhibits and Witnesses (ECF 311).

## Volume 1 of 17

| Date | Description | ECF | Vol. | ER |
|---|---|---|---|---|
| 4/2/2025 | Judgment After Trial | 377 | 1 | 2 |
| 4/2/2025 | Order Denying Plaintiffs' Motion for Judgment as a Matter of Law or New Trial Order | 376 | 1 | 6 |
| 10/31/2024 | Order Re: Motion to Dismiss and Motions *in Limine* | 279 | 1 | 30 |

## Volume 2 of 17

| Date | Description | ECF | Vol. | ER |
|---|---|---|---|---|
| 5/1/2025 | Notice of Appeal | 384 | 2 | 62 |
| 3/28/2022 to 9/9/2025 | District Court Docket | N/A | 2 | 67 |
| 2/13/2025 | Excerpts of Defendant CMB Export LLC's Opposition to Renewed Motion for JMOL, or, in the Alternative, For a New Trial | 369 | 2 | 164 |
| 11/21/2024 | Jury Verdict – Claims Based on Second Loan Modification | 322 | 2 | 166 |
| 11/21/2024 | Jury Verdict – Claims Based on Bridge Loans | 320 | 2 | 170 |
| 11/21/2024 | Jury Note No. 3 | 316 | 2 | 174 |

2

| Date | Description | ECF | Vol. | ER |
|---|---|---|---|---|
| 11/21/2024 | Jury Note No. 2 | 314 | 2 | 175 |
| 11/21/2024 | List of Exhibits and Witnesses | 311 | 2 | 176 |
| 11/20/2024 | Excerpts from Jury Instructions | 308 | 2 | 235 |
| 11/4/2024 | Final Pretrial Conference Order | 287 | 2 | 237 |

## Volume 3 of 17

| Date | Description | ECF | Vol. | ER |
|---|---|---|---|---|
| 10/21/2024 | Reporter's Transcript of Proceedings, Pretrial Conference (October 21, 2024) | N/A | 3 | 289 |
| 9/30/2024 | Plaintiffs' Motion *in Limine* No. 3 | 244 | 3 | 330 |
| 9/30/2024 | Plaintiffs' Motion *in Limine* No. 2 | 241 | 3 | 335 |
| 9/30/2024 | Attachment to Plaintiffs' Unredacted Motion *in Limine* No. 1, Excerpts of Expert Witness Report by Brian Williams | 237-2 | 3 | 344 |
| 9/30/2024 | Plaintiffs' Motion *in Limine* No. 1 | 237-1 | 3 | 374 |
| 8/8/2024 | Order Granting in Part and Denying in Part Plaintiffs' Motion for Partial Summary Judgment | 221 | 3 | 393 |
| 6/17/2024 | Excerpts from Plaintiffs' Redacted Motion for Partial Summary Judgment | 179 | 3 | 407 |
| 4/26/2024 | Defendant's Answer and Affirmative Defenses to Plaintiffs' Third Amended Complaint | 165 | 3 | 410 |
| 4/11/2024 | Third Amended Complaint | 155 | 3 | 428 |

| Date | Description | ECF | Vol. | ER |
|---|---|---|---|---|
| 4/4/2024 | Order Re: Defendant CMB's Motion for Summary Judgment; Plaintiffs' Motion for Class Certification | 146 | 3 | 456 |
| 3/28/2022 | Class Action Complaint | 1 | 3 | 486 |

## TRIAL TRANSCRIPTS AND EXHIBITS

### Volume 4 of 17 – Trial Transcripts

| Date | Description | Vol. | ER |
|---|---|---|---|
| 11/5/2024 | Reporter's Transcript of Jury Trial Vol. I (November 5, 2024)<br><br>*Witnesses: None* | 4 | 512 |

### Volume 5 of 17 – Trial Transcripts

| Date | Description | Vol. | ER |
|---|---|---|---|
| 11/6/2024 | Reporter's Transcript of Jury Trial Vol. II (November 6, 2024)<br><br>*Witnesses: Patrick Hogan, Nigel Bernard Patterson* | 5 | 746 |

### Volume 6 of 17 – Trial Transcripts

| Date | Description | Vol. | ER |
|---|---|---|---|
| 11/7/2024 | Reporter's Transcript of Jury Trial Vol. III (November 7, 2024)<br><br>*Witnesses: Patrick Hogan* | 6 | 976 |

4

### Volume 7 of 17 – Trial Transcripts

| Date | Description | Vol. | ER |
|---|---|---|---|
| 11/8/2024 | Reporter's Transcript of Jury Trial Vol. IV (November 8, 2024)<br><br>*Witnesses: Patrick Hogan, Haipeng Liu, Yun Xue* | 7 | 1218 |

### Volume 8 of 17 – Trial and Deposition Transcripts

| Date | Description | Vol. | ER |
|---|---|---|---|
| 11/12/2024 | Reporter's Transcript of Jury Trial Vol. V (November 12, 2024)<br><br>*Witnesses: Neal Lee, Haipeng Liu* | 8 | 1460 |
| 11/12/2024 | Plaintiffs' Notice of Lodging of Excerpts of Deposition Video Played at Trial on November 12, 2024 (Dkt. No. 296, lodged 11/14/2024) (*Neal Lee*) | 8 | 1687 |

### Volume 9 of 17 – Trial Transcripts

| Date | Description | Vol. | ER |
|---|---|---|---|
| 11/13/2024 | Reporter's Transcript of Jury Trial Vol. VI (November 13, 2024)<br><br>*Witnesses: Neal Lee* | 9 | 1692 |

### Volume 10 of 17 – Trial Transcripts

| Date | Description | Vol. | ER |
|---|---|---|---|
| 11/14/2024 | Reporter's Transcript of Jury Trial Vol. VII (November 14, 2024)<br><br>*Witnesses: Bo (Steven) Huang, Gabriel Rauterberg, Julie Turnbull, Brian Williams* | 10 | 1917 |

### Volume 11 of 17 – Trial Transcripts

| Date | Description | Vol. | ER |
|---|---|---|---|
| 11/15/2024 | Reporter's Transcript of Jury Trial Vol. VIII (November 15, 2024)<br><br>*Witnesses: Kevin Henry, Bo (Steven) Huang* | 11 | 2198 |

### Volume 12 of 17 – Trial Transcripts

| Date | Description | Vol. | ER |
|---|---|---|---|
| 11/18/2024 | Reporter's Transcript of Jury Trial Vol. IX (November 18, 2024)<br><br>*Witnesses: David Ramm* | 12 | 2434 |

### Volume 13 of 17 – Trial Transcripts

| Date | Description | Vol. | ER |
|---|---|---|---|
| 11/19/2024 | Reporter's Transcript of Jury Trial Vol. X (November 19, 2024)<br><br>*Witnesses: Jonathan Couchman, Patrick Hogan* | 13 | 2662 |

## Volume 14 of 17 – Trial Transcripts

| Date | Description | Vol. | ER |
|---|---|---|---|
| 11/20/2024 | Reporter's Transcript of Jury Trial Vol. XI (November 20, 2024)<br><br>*Witnesses: None* | 14 | 2866 |
| 11/21/2024 | Reporter's Transcript of Jury Trial Vol. XII (November 21, 2024)<br><br>*Witnesses: None* | 14 | 3021 |

## Volume 15 of 17 – Trial Exhibits

| Trial Exh. | Description | ECF | List | Vol. | ER |
|---|---|---|---|---|---|
| 11 | BKD Office Memo from Travis Hudson to CMB Infrastructure Group VII, L.P.—2016 Audit File (November 14, 2018) | 332-2 | 17:24-26 | 15 | 3058 |
| 16 | CMB Infrastructure Investment Group VII, L.P. Financial Statements and Independent Auditor's Report (December 31, 2014) | 332-3 | 18:9-11 | 15 | 3061 |
| 18 | CMB Infrastructure Investment Group VII, L.P. Financial Statements and Independent Auditor's Report (December 31, 2016) | 332-4 | 18:14-16 | 15 | 3073 |
| 21 | CMB Infrastructure Investment Group VII, L.P. Financial Statements and Independent Auditor's Report (December 31, 2015) | 332-5 | 18:21-23 | 15 | 3087 |

| Trial Exh. | Description | ECF | List | Vol. | ER |
|---|---|---|---|---|---|
| 22 | CMB Infrastructure Group VII, L.P. Financial Statements and Independent Auditor's Report (December 31, 2017) | 332-6 | 18:23-25 | 15 | 3099 |
| 30 | Status Update Notice to Limited Partners of CMB Infrastructure Investment Group VII, LP (May 3, 2016) | 332-7 | 19:16-18 | 15 | 3112 |
| 32 | CMB Infrastructure Group VII, L.P. Private Placement Memorandum (October 3, 2011) | 380-32 | 19:21-23 | 15 | 3117 |
| 33 | CMB Infrastructure Group VII, L.P. Subscription Agreement (October 11, 2011) | 380-33 | 19:24-27 | 15 | 3180 |
| 35 | Limited Partnership Agreement of CMB Infrastructure Investment Group VII, L.P. | 332-8 | 20:4-7 | 15 | 3200 |
| 63 | Loan Agreement between CMB Infrastructure Investment Group VII, L.P. and Brightsource Ivanpah Fundings, LLC (November 21, 2011) | 332-10 | 21:11-14 | 15 | 3250 |
| 66 | Loan and Security Agreement (September 10, 2014) | 332-11 | 21:19-22 | 15 | 3314 |

## Volume 16 of 17 – Trial Exhibits

| Trial Exh. | Description | ECF | List | Vol. | ER |
|---|---|---|---|---|---|
| 67 | 2016 Agreement to Modify CMB Loan and Security Agreements | 332-12 | 21:22-26 | 16 | 3353 |
| 69 | Email from Neal Lee to Michael Platner et al. (March 26, 2016) | 379-1 | 22:5-9 | 16 | 3381 |
| 70 | Email from Pat Hogan to Michael Platner et al. (March 29, 2016) | 379-2 | 22:9-12 | 16 | 3417 |
| 71 | Promissory Note in the amount of $6,000,000 (September 1, 2017) | 332-16 | 22:12-14 | 16 | 3419 |
| 72 | Promissory Note in the amount of $1,500,000 (September 1, 2017) | 332-17 | 22:15-17 | 16 | 3425 |
| 73 | Promissory Note in the amount of $500,000 (December 30, 2017) | 332-18 | 22:17-19 | 16 | 3431 |
| 74 | Email from Michael Platner to Jack Helfand et al. (August 2, 2017) | 332-19 | 22:19-22 | 16 | 3437 |
| 75 | Email from Neal Lee to Pat Hogan et al. (July 28, 2017) | 332-20 | 22:22-24 | 16 | 3445 |
| 77 | Assignment and Assumption Agreement (February 14, 2018) | 332-21 | 23:2-4 | 16 | 3448 |

9

| Trial Exh. | Description | ECF | List | Vol. | ER |
|---|---|---|---|---|---|
| 78 | Assignment of Non-Recourse Promissory Note And Interest In Pledge Agreement (February 14, 2018) | 332-22 | 23:4-6 | 16 | 3455 |
| 79 | Email from Brad Junker to Travis Hudson et al. (January 15, 2020) | 332-23 | 23:7-9 | 16 | 3459 |
| 80 | Email from Pat Hogan to Neal Lee (June 14, 2021) | 379-3 | 23:9-11 | 16 | 3461 |
| 85 | Notice to Limited Partners in CMB Infrastructure Group VII, L.P. (September 21, 2015) | 14 | 23:21-23 | 16 | 3463 |
| 86 | Email from Chen Freitag to Kraig Schwigen et al. (September 24, 2015) | 14 | 23:23-26 | 16 | 3465 |
| 87 | Email from Joshua Turner to Kraig Schwigen et al. (April 10, 2014) | 14 | 24:2-5 | 16 | 3471 |
| 88 | Email from Doug Lehrmann to Kraig Schwigen et al. (April 16, 2014) | 14 | 24:5-8 | 16 | 3473 |
| 89 | Email from Neal Lee to Brightsource Energy forwarding April 30, 2015 Email from Pat Hogan to Neal Lee (May 5, 2015) | 332-26 | 24:8-11 | 16 | 3476 |
| 90 | Email from Amir Khan to Neal Lee et al. (June 2, 2016) | 332-27 | 24:11-13 | 16 | 3484 |

| Trial Exh. | Description | ECF | List | Vol. | ER |
|---|---|---|---|---|---|
| 91 | Email from Kraig Schwigen to Neal Lee et al. (January 26, 2017) | 332-28 | 24:13-15 | 16 | 3496 |
| 92 | Email from Neal Lee to Pat Hogan et al. (March 18, 2014) | 379-4 | 24:16-17 | 16 | 3500 |
| 93 | Email from Neal Lee to Pat Hogan et al. (September 24, 2015) | 379-5 | 24:18-22 | 16 | 3504 |
| 96 | Email from Pat Hogan to Neal Lee (August 31, 2017) | 379-6 | 25:2-4 | 16 | 3507 |
| 99 | Status Update of CMB Activities on Behalf of CMB Infrastructure Investment Group VII, L.P. (September 18, 2015) | 332-32 | 25:9-12 | 16 | 3508 |
| 100 | Status Update Notice to Limited Partners of CMB Infrastructure Group VII, L.P. (December 2017) | 332-33 | 25:12-15 | 16 | 3514 |
| 101 | Status Update Notice to CMB Group VII Limited Partners (March 29, 2018) | 332-34 | 25:16-17 | 16 | 3519 |
| 168 | Email from Yun Xue to Neal Lee et al. (September 22, 2021) | 332-36 | 27:8-10 | 16 | 3525 |
| 257 | Intercreditor Agreement (September 29, 2014) | 332-38 | 30:4-6 | 16 | 3528 |
| 259 | Amended and Restated Intercreditor Agreement (April 13, 2016) | 332-39 | 30:9-11 | 16 | 3556 |

11

| Trial Exh. | Description | ECF | List | Vol. | ER |
|---|---|---|---|---|---|
| 261 | Supplemental Intercreditor Agreement (September 1, 2017) | 332-40 | 30:13-14 | 16 | 3587 |
| 317 (Excerpts) | Email from Neal Lee to Travis Hudson et al. (April 28, 2016) | 332-43 | 35:15-16 | 16 | 3625 |
| 323 | Email from Neal Lee to Hemang Patel et al. (February 2, 2017) | 332-45 | 36:2-3 | 16 | 3633 |
| 326 | Email from Neal Lee to Pat Hogan et al. (November 22, 2017) | 332-47 | 36:8-11 | 16 | 3639 |
| 332 | Email from Neal Lee to Mike Zotkin (January 5, 2018) | 332-49 | 36:23-24 | 16 | 3644 |

## Volume 17 of 17 – Trial Exhibits

| Trial Exh. | Description | ECF | List | Vol. | ER |
|---|---|---|---|---|---|
| 336 | Email from Jenny Kolar to Yun Xue (November 15, 2017) | 332-51 | 37:6-7 | 17 | 3652 |
| 339 | CMB Infrastructure Group VII, L.P. Independent Auditor's Report and Consolidated Financial Statements (December 31, 2022) | 332-52 | 37:12-14 | 17 | 3654 |
| 346 | CMB Infrastructure Investment Group VII, L.P. Status Update Notice to Limited Partners and Necessary Advisors (September 29, 2021) | 332-55 | 37:25-26 | 17 | 3668 |

| Trial Exh. | Description | ECF | List | Vol. | ER |
|---|---|---|---|---|---|
| 351 | Email from Pat Hogan to Neal Lee (September 25, 2015) | 379-10 | 38:8-9 | 17 | 3671 |
| 353 | Email from Pam Ellis to Pat Hogan et al. (January 13, 2015) | 379-11 | 38:11-13 | 17 | 3675 |
| 356 | Email from Pat Hogan to Neal Lee (January 31, 2015) | 379-12 | 38:21-22 | 17 | 3679 |
| 357 | Email from Pat Hogan to Neal Lee et al. (July 27, 2017) | 332-59 | 38:23-24 | 17 | 3689 |
| 448 | Brightsource Energy Inc. Consolidated Financial Statements (December 31, 2015) | 332-60 | 41:9-11 | 17 | 3691 |
| 490 | Email from Chen Freitag to Neal Lee et al. (June 24, 2015) | 332-63 | 43:5-7 | 17 | 3727 |
| 498 | Email from Michael Platner to Pat Hogan et al., forwarded by Pat Hogan (January 14, 2015) | 379-13 | 43:20-22 | 17 | 3732 |
| 531 | Email from Gavin Liang to Na Li (September 13, 2011) | 332-64 | 47:6-9 | 17 | 3736 |
| 535 | Email from CMB Regional Centers to Xiaohu Li (September 25, 2015) | 332-66 | 47:20-23 | 17 | 3738 |
| 536 | Email from CMB Regional Centers to Yun Xue (June 23, 2015) | 332-67 | 47:23-26 | 17 | 3741 |

13

| Trial Exh. | Description | ECF | List | Vol. | ER |
|---|---|---|---|---|---|
| 592 | Email from Jack Helfand to Neal Lee et al. (July 12, 2017) | 332-68 | 53:23-25 | 17 | 3747 |
| 633 | Status Update Notice to CMB Group VII (May 24, 2021) | 332-70 | 56:24-25 | 17 | 3771 |
| 656 | Email from Neal Lee to Alexis Crump et al. (January 30, 2017) | 379-15 | 58:2-6 | 17 | 3776 |
| Demo. | Defendant's Opening Statement Presentation Slides | 382-5 | N/A | 17 | 3779 |